IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CORARINA MARTIN                                                                                         PLAINTIFF

vs.                                         Civil No. 4:14-cv-04164

CAROLYN W. COLVIN                                                                                    DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on February 22, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds Plaintiff is entitled to compensation under the EAJA in the amount of $7,282.00. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The Parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

IT IS SO ORDERED, this 21st day of March, 2016.

/s/  Susan O. Hickey
Hon. Susan O. Hickey
U.S. District Judge